**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MCOM IP, LLC,** | ) | |
|    **Plaintiff,** | ) | |
| | ) | **Civil Action No. 3:21-cv-01550** |
| **v.** | ) | |
| | ) | |
| **AVAYA HOLDINGS CORP.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
|    **Defendant.** | ) | |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

mCom IP, LLC ("mCom") files this Original Complaint and demand for jury trial seeking relief from patent infringement of the claims of U.S. Patent No. 8,862,508 ("the '508 patent") (referred to as the "Patent-in-Suit") by Avaya Holdings, Corp. ("Avaya").

**I.     THE PARTIES**

1.  Plaintiff mCom is a Texas Limited Liability Company with its principal place of business located in Harris County, Texas.

2.  On information and belief, AVAYA is a corporation existing under the laws of the State of Delaware, with a principal place of business located at 6021 Connection Drive Irving, TX 75039. On information and belief, AVAYA sells and offers to sell products and services throughout Texas, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in Texas and this judicial district. Defendant may be served at its place of business or anywhere they may be found.

**II.     JURISDICTION AND VENUE**

1

3.   This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claim arises under an Act of Congress relating to patents, namely, 35 U.S.C. § 271.

4.   This Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of Texas and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of Texas and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Texas and in this judicial district.

5.   Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b).  Defendant has committed acts of infringement and has a regular and established place of business in this District. Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Texas and this District.

## III.   INFRINGEMENT

### A.  Infringement of the '508 Patent

6.   On October 14, 2014, U.S. Patent No. 8,862,508 ("the '508 patent", attached as Exhibit A) entitled "System and method for unifying e-banking touch points and providing personalized financial services" was duly and legally issued by the U.S. Patent and Trademark Office.  MCom owns the '508 patent by assignment.

7.   The '508 patent relates to novel and improved systems and methods for constructing a unified banking system.

8. AVAYA maintains, operates, and administers methods and systems of unified banking systems that infringe one or more claims of the '508 patent, including one or more of claims 1-20, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '508 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service. Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

9. Support for the allegations of infringement may be found in the following preliminary table:

| Claim | AVAYA |
|---|---|
| 1. A method for constructing a unified electronic banking environment, said method comprising the steps of: | **Attachment 1 (**Demystifying Digital Transformation in the Financial Sector**) at 1.** **Source**: https://www.avaya.com/en/documents/demystifying-digital-transformation-ebook.pdf |
| providing at least one common multi-channel server coupled to more | |

| Claim | AVAYA |
|---|---|
| than one e-banking touch points and also coupled to at least one computer system configured with at least one control console, said more than one e-banking touch points and said at least one computer system being provided in locations remote from the other, and further wherein said more than one plurality of e-banking touch points are comprised of at least two different types of e-banking touch point devices, each of which comprise one or more of an automatic teller/transaction machine (ATM), a self service coin counter (SSCC), a kiosk, a digital signage display, an online accessible banking website, a personal digital assistant (PDA), a personal computer (PC), a laptop, a wireless device, or a combination of two or more thereof, and wherein at least one of said e-banking touch points is in communication with one or more financial institutions through | Financial Services Solutions<br><br>**Attachment 2 (**Financial Services and Insurance is better on AVAYA **) at 2.**<br><br>**Source**:                                      https://agilitycg.com/wp-content/uploads/2019/02/Vertical-Overview-Sales-Guide_FSI_.pdf<br><br>• Enable seamless transactions across physical branches, ATM/VTMs and mobile/online applications. As the line between the physical and digital branch, agency or brokerage continues to blur, take friction out of the customer journey and enable seamless transactions across any channel<br><br>**Attachment 2 (**Financial Services and Insurance is better on AVAYA **) at 3.**<br><br>**Source**:                                      https://agilitycg.com/wp-content/uploads/2019/02/Vertical-Overview-Sales-Guide_FSI_.pdf |

| Claim | AVAYA |
|---|---|
| said multi-channel server; | <br><br>**Attachment 3 (**Avaya Breeze Overview and Specification**) at 9.**<br><br>**Source:**https://downloads.avaya.com/css/P8/documents/101050684#:~:text=Avaya%20Breeze%E2%84%A2%20provides%20a,dynamically%20deploy%20advanced%20collaboration%20capabilities.&text=Develop%20the%20snap%2Dins%2C%20without,deploy%20and%20invoke%20snap%2Dins.<br><br><br><br>**Attachment 4 (**Developing Avaya Aura Appliance Virtualization Platform**) at 14.**<br><br>**Source: https://downloads.avaya.com/css/P8/documents/101058234** |
| receiving an actionable input from | |

| Claim | AVAYA |
|---|---|
| at least one e-banking touch point; | **Omni Channel Transformation**<br>Customers are demanding convenient, seamless and optimised end to end touch points irrespective of whether it is online, mobile, branch or the contact centre.<br><br><br>**Attachment 1 (**Demystifying Digital Transformation in the Financial Sector **) at 4.**<br><br>**Source**: https://www.avaya.com/en/documents/demystifying-digital-transformation-ebook.pdf |
| retrieving previously stored data associated with said actionable input, wherein said previously stored data is accessible to any one of said e-banking touch points, and said previously stored data comprises data from one or more financial institutions and one or more user-defined preferences; | **Better Use of Customer Insights**<br>Customer data analytics are being used to improve the requirements of direct to customer engagement, which include personalisation and context based interaction.<br><br>**Attachment 1 (**Demystifying Digital Transformation in the Financial Sector **) at 4.**<br><br>**Source**: https://www.avaya.com/en/documents/demystifying-digital-transformation-ebook.pdf<br><br>**Attachment 5 (**Meet Your Future Financial Customer**) at 2.**<br><br>**Source**: https://www.avaya.com/ebook/DiscoverYourCustomers/asset/Avaya_MeetYourFutureFinancialCustomer.pdf |

| Claim | AVAYA |
|---|---|
| | |
| delivering said retrieved data to said at least one e-banking touch point transmitting said actionable input; | **Omni Experience Transformation** Technology spending focus is largely geared towards building and acquiring real time, cross channel capabilities to capture the attention of tech savvy consumers. <br><br> **Attachment 1 (**Demystifying Digital Transformation in the Financial Sector **) at 4.** <br><br> **Source**: https://www.avaya.com/en/documents/demystifying-digital-transformation-ebook.pdf |
| storing transactional usage data associated with said at least one e-banking touch point transmitting said actionable input, wherein said stored transactional usage data is accessible by any one of said more than one e-banking touch points and said at least one computer system; | **THE BRANCH AS THE GATEWAY TO ADVISORY.** <br> ■ Customer profiling <br> ■ Customer analytics <br> ■ Cognitive <br> ■ Omni-channel portals <br> ■ Chatbots <br> ■ Workflow orchestration <br> ■ Messaging and marketing automation <br> ■ Proactive outreach <br><br> **Attachment 6 (**Remaking the branch in the era of digital banking**) at 6.** <br><br> **Source**:  https://www.avaya.com/en/documents/idc-infobrief-remaking-digital-banking-branch.pdf |
| monitoring via said server an active session in real-time for selection of targeted marketing content correlated to | **Better Use of Customer Insights** Customer data analytics are being used to improve the requirements of direct to customer engagement, which include personalisation and context based interaction. |

| Claim | AVAYA |
|---|---|
| said user-defined preferences; | **Attachment 1 (**Demystifying Digital Transformation in the Financial Sector **) at 4.**<br><br>**Source**: https://www.avaya.com/en/documents/demystifying-digital-transformation-ebook.pdf |
| subsequent to said monitoring, selecting in real-time said targeted marketing content correlated to said user-defined preferences; and | • **Intelligent Routing & Agent/ Customer Pairing:** Advanced analytics integration can optimize the pairing of customer with agent or industry expert, deliver key customer attributes for an upsell or cross sell opportunity and offer competitive differentiators while the transaction is ongoing<br><br>**Attachment 2 (**Financial Services and Insurance is better on AVAYA **) at 3.**<br><br>**Source**:                    https://agilitycg.com/wp-content/uploads/2019/02/Vertical-Overview-Sales-Guide_FSI_.pdf |
| transmitting in real-time said targeted marketing content during said active session to at least one of said e-banking touch points for acceptance, rejection, or no response by a user, wherein said response by said user is used during said active session to determine whether transmission of additional | **THE BRANCH AS THE GATEWAY TO ADVISORY.**<br>■ Customer profiling<br>■ Customer analytics<br>■ Cognitive<br>■ Omni-channel portals<br>■ Chatbots<br>■ Workflow orchestration<br>■ Messaging and marketing automation<br>■ Proactive outreach<br><br>**Attachment 6 (**Remaking the branch in the era of digital banking**) at 6.**<br><br>**Source**:  https://www.avaya.com/en/documents/idc-infobrief-remaking-digital-banking-branch.pdf |

| Claim | AVAYA |
|---|---|
| information related to said marketing content occurs during said active session. | |
| Claim 7, A method for constructing a unified electronic banking environment, said method comprising the steps of: | **Attachment 1 (**Demystifying Digital Transformation in the Financial Sector **) at 1.**<br><br>**Source**: https://www.avaya.com/en/documents/demystifying-digital-transformation-ebook.pdf |
| providing a common multi-channel server coupled to one or more e-banking touch points and also coupled to one or more computer systems, wherein each computer system is associated with a financial institution, said e-banking touch points being provided in locations remote from the other, and each of which comprise one or more of an automatic teller/transaction machine (ATM), a self-service coin counter (SSCC), a | **Attachment 2 (**Financial Services and Insurance is better on AVAYA **) at 2.**<br><br>**Source**:                              https://agilitycg.com/wp-content/uploads/2019/02/Vertical-Overview-Sales-Guide_FSI_.pdf |

| Claim | AVAYA |
|---|---|
| kiosk, a digital signage display, an online accessible banking website, a personal digital assistant (PDA), a personal computer (PC), a laptop, a wireless device, or a combination of two or more thereof, and wherein at least one of said e-banking touch points is in communication with one or more financial institutions through said multi-channel server; | • Enable seamless transactions across physical branches, ATM/VTMs and mobile/online applications. As the line between the physical and digital branch, agency or brokerage continues to blur, take friction out of the customer journey and enable seamless transactions across any channel<br><br><br>**Attachment 2 (**Financial Services and Insurance is better on AVAYA **) at 3.**<br><br>**Source**: https://agilitycg.com/wp-content/uploads/2019/02/Vertical-Overview-Sales-Guide_FSI_.pdf<br><br><br><br>**Attachment 3 (**Avaya Breeze Overview and Specification**) at 9.**<br><br>**Source:**https://downloads.avaya.com/css/P8/documents/101050684#:~:text=Avaya%20Breeze%E2%84%A2%20provides%20a,dynamically%20deploy%20advanced%20collaboration%20capabilities.&text=Develop%20the%20snap%2Dins%2C%20without,deploy%20and%20invoke%20snap%2Dins. |

| Claim | AVAYA |
|---|---|
| receiving an actionable input from at least one e-banking touch point; | **Omni Channel Transformation** Customers are demanding convenient, seamless and optimised end to end touch points irrespective of whether it is online, mobile, branch or the contact centre. <br><br> **Attachment 1 (**Demystifying Digital Transformation in the Financial Sector **) at 4.** <br><br> **Source**: https://www.avaya.com/en/documents/demystifying-digital-transformation-ebook.pdf |
| retrieving previously stored data associated with said actionable input, wherein said previously stored data is accessible to any one of said e-banking touch points, and said previously stored data comprises data from one or more financial institutions and one or more user-defined preferences; | **Better Use of Customer Insights** Customer data analytics are being used to improve the requirements of direct to customer engagement, which include personalisation and context based interaction. <br><br> **Attachment 1 (**Demystifying Digital Transformation in the Financial Sector **) at 4.** <br><br> **Source**: https://www.avaya.com/en/documents/demystifying-digital-transformation-ebook.pdf <br><br> **Attachment 5 (**Meet Your Future Financial Customer**) at 2.** <br><br> **Source**: https://www.avaya.com/ebook/DiscoverYourCustomers/asset/Avaya_MeetYourFutureFinancialCustomer.pdf |

| Claim | AVAYA |
|---|---|
| delivering said retrieved data to said at least one e-banking touch point transmitting said actionable input; | **Omni Experience Transformation** Technology spending focus is largely geared towards building and acquiring real time, cross channel capabilities to capture the attention of tech savvy consumers.<br><br>**Attachment 1 (**Demystifying Digital Transformation in the Financial Sector **) at 4.**<br><br>**Source**: https://www.avaya.com/en/documents/demystifying-digital-transformation-ebook.pdf |
| storing transactional usage data associated with said at least one e-banking touch point transmitting said actionable input, wherein said stored transactional usage data is accessible by any one of said e-banking touch points and said one or more computer systems; | **THE BRANCH AS THE GATEWAY TO ADVISORY.**<br>■ Customer profiling<br>■ Customer analytics<br>■ Cognitive<br>■ Omni-channel portals<br>■ Chatbots<br>■ Workflow orchestration<br>■ Messaging and marketing automation<br>■ Proactive outreach<br><br>**Attachment 6 (**Remaking the branch in the era of digital banking**) at 6.**<br><br>**Source**:  https://www.avaya.com/en/documents/idc-infobrief-remaking-digital-banking-branch.pdf |
| monitoring via said server said active session in real-time for selection of targeted marketing content correlated to said user-defined preferences; | **Better Use of Customer Insights** Customer data analytics are being used to improve the requirements of direct to customer engagement, which include personalisation and context based interaction.<br><br>**Attachment 1 (**Demystifying Digital Transformation in the Financial Sector**) at 4.**<br><br>**Source**: https://www.avaya.com/en/documents/demystifying-digital-transformation-ebook.pdf |

| Claim | AVAYA |
|---|---|
| subsequent to said monitoring, selecting in real-time said targeted marketing content correlated to said user-defined preferences; and | • **Intelligent Routing & Agent/ Customer Pairing:** Advanced analytics integration can optimize the pairing of customer with agent or industry expert, deliver key customer attributes for an upsell or cross sell opportunity and offer competitive differentiators while the transaction is ongoing<br><br>**Attachment 2 (**Financial Services and Insurance is better on AVAYA **) at 3.** |
| transmitting in real-time said targeted marketing content during said active session to at least one of said e-banking touch points for acceptance, rejection, or no response by a user, wherein said response by said user is used during said active session to determine whether transmission of additional information related to said marketing content occurs during said active session. | **THE BRANCH AS THE GATEWAY TO ADVISORY.**<br>■ Customer profiling<br>■ Customer analytics<br>■ Cognitive<br>■ Omni-channel portals<br>■ Chatbots<br>■ Workflow orchestration<br>■ Messaging and marketing automation<br>■ Proactive outreach<br><br>**Attachment 6 (**Remaking the branch in the era of digital banking**) at 6.**<br><br>**Source**: https://www.avaya.com/en/documents/idc-infobrief-remaking-digital-banking-branch.pdf |

These allegations of infringement are preliminary and are therefore subject to change.

10. AVAYA has and continues to induce infringement. AVAYA has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to construct a unified banking system such as to cause infringement of one or more of claims 1–20 of the '508 patent, literally or under the doctrine of equivalents.  Moreover, AVAYA has known of the '508 patent and the technology underlying it from at least the date of issuance of the patent.

11. AVAYA has and continues to contributorily infringe. AVAYA has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., construction of unified banking system) and related services that provide unified banking systems such as to cause infringement of one or more of claims 1–20 of the '508 patent, literally or under the doctrine of equivalents.  Moreover, AVAYA has known of the '508 patent and the technology underlying it from at least the date of issuance of the patent.

12. AVAYA has caused and will continue to cause MCom damage by direct and indirect infringement of (including inducing infringement of) the claims of the '508 patent.

IV.    **JURY DEMAND**

MCom hereby requests a trial by jury on issues so triable by right.

V.    **PRAYER FOR RELIEF**

WHEREFORE, MCom prays for relief as follows:

a.    enter judgment that Defendant has infringed the claims of the '508 patent;

b.    award MCom damages in an amount sufficient to compensate it for Defendant's infringement of the '508 patent in an amount no less than a reasonable royalty or lost

profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C. § 284;

c.     award MCom an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

d.     declare this case to be "exceptional" under 35 U.S.C. § 285 and award MCom its attorneys' fees, expenses, and costs incurred in this action;

e.     declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

f.     a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendant from infringing the claims of the Patents-in-Suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and

g.     award MCom such other and further relief as this Court deems just and proper.

Respectfully submitted,

**Ramey & Schwaller, LLP**

William P. Ramey, III
Texas State Bar No. 24027643

15

5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for MCom IP, LLC***